IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DECAPOLIS SYSTEMS, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>CIMA HEALTHCARE MANAGEMENT, INC.,<br><br>*Defendant*. | Case No. 2:22-CV-00453-JRG-RSP |

## ORDER

Before the Court is Plaintiff Decapolis System, LLC's Notice of Dismissal of Claims (the "Notice"). (Dkt. No. 6.) In light of the Notice, which the Court **ACCEPTS AND ACKNOWLEDGES**, and pursuant to Rule 41(a)(1)(A)(i), all pending claims and causes of action in the above-captioned case are **DISMISSED WITHOUT PREJUDICE**. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of the Court is directed to **CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 16th day of December, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE